IN THE UNITED STATES DISTRIT
COURT FOR THE NORTHERN DISTRIT
OF ILLINOIS EASTERN DIVISION    Case #

~~FILED~~

MAR 15 2017 (A)    16-cv-10429

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jabari
Norvell
Funches

Plaintiff

V.

George Howell.
III #18512

.eT. AL

Defendant

Plaintiff's move this Court for A Judgment by default
IN this Action, And show that the Complaint in
the Above Case was filed in this Court on the 12,11,
2016; The Summons And complaint were duly
Served on the DEFENDANT. Howell, George, III.
#18512, Gorelanny, JR, Robert #14041, And the City
of Chicago on 1, 11, 2017; NO ANSWER or other
DEFENSE has been filed by the DEFENDANT's;
default was Entered in the Civil ~~book~~ docket in
the office of this Clerk on the 3,11, 2017; NO
proceedings have been TAKEN by the DEFENDANT
SINCE the default was ENTERED; DEFENDANT was
Not in military SErvice And is Not AN iNfant
or incompetent as Appears in the declaration of
Jabari Norvell Funches submitted herewith.

Wherefore, Plaintiff moves this Court make And
ENTER A Judgment that "Plaintiff SEEKS Compensatory
And punitive damages Against All defendant's who violated
Plaintiff's Civil Rights plaintiff Sue's All DEFENDANT's

IN those RESPECTIVE offical And Individual
CAPACITIES All DEFENDANTS Acted under the Color
of LAW.... IN the Amount to be determied At
Trial

Date: 3-12-17

Jabari Norvell Funches
6158 White Birch ln
Matteson, Ill, 60443



FOREVER

USA

S SUBURBAN IL 604

13 MAR 2017 PM 9 L

**03/15/2017-12**



PRISONER CORRESPONDENCE
Clerk of the U.S. District court
United States CourtHouse
219 S. Dearborn St
Chicago, Ill, 60604

60604-180099